Official Form 1 (1/08)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| **SOUTHERN** DISTRICT OF **INDIANA** | |

| Name of Debtor (if individual, enter Last, First, Middle): **Sully, Clement Louis** | Name of Joint Debtor (Spouse)(Last, First, Middle): **Sully, Angela Rae** |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **NONE** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): **fka Angela Rae Robertson, fka Angela Rae Schlienz** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **3143** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **3322** |
| Street Address of Debtor (No. & Street, City, and State): **10 Spring Lake Dr** **Trafalgar IN**      ZIPCODE **46181** | Street Address of Joint Debtor (No. & Street, City, and State): **10 Spring Lake Dr** **Trafalgar IN**      ZIPCODE **46181** |
| County of Residence or of the Principal Place of Business: **Johnson** | County of Residence or of the Principal Place of Business: **Johnson** |
| Mailing Address of Debtor (if different from street address): **SAME**      ZIPCODE | Mailing Address of Joint Debtor (if different from street address): **SAME**      ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **NOT APPLICABLE**      ZIPCODE | |

| **Type of Debtor** (Form of organization) (Check **one** box.) | **Nature of Business** (Check **one** box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☒ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.* ☐ Corporation (includes LLC and LLP) ☐ Partnership ☐ Other If debtor is not one of the above entities, check this box and state type of entity below | ☐ Health Care Business ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B) ☐ Railroad ☐ Stockbroker ☐ Commodity Broker ☐ Clearing Bank ☐ Other | ☒ Chapter 7     ☐ Chapter 15 Petition for Recognition ☐ Chapter 9         of a Foreign Main Proceeding ☐ Chapter 11    ☐ Chapter 15 Petition for Recognition ☐ Chapter 12        of a Foreign Nonmain Proceeding ☐ Chapter 13 |

**Tax-Exempt Entity** (Check box, if applicable.) ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
☐ Debts are primarily business debts.

**Chapter 11 Debtors:**
**Check one box:**
☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**Check all applicable boxes:**
☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
☒ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**      THIS SPACE IS FOR COURT USE ONLY
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Official Form 1 (1/08)                                                                                  FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Clement Louis Sully and**<br>**Angela Rae Sully** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years**  (If more than two, attach additional sheet) |
|---|

| Location Where Filed:<br>**Indianapolis, IN** | Case Number:<br>**02-17908-AJM-13** | Date Filed:<br>**10/11/02** |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**  (If more than one, attach additional sheet) |
|---|

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br>X  */s/ Robert B. Lynch*                                    *6/23/2008*<br> Signature of Attorney for Debtor(s)                          Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐ Yes, and exhibit C is attached and made a part of this petition.<br>☒ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.<br>If this is a joint petition:<br>☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

Official Form 1 (1/08)                                                                              FORM B1, Page  3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *Clement Louis Sully and Angela Rae Sully* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Clement Louis Sully*
Signature of Debtor

**X** */s/ Angela Rae Sully*
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

*6/23/2008*
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

*6/23/2008*
(Date)

### Signature of Attorney*

**X** */s/ Robert B. Lynch*
Signature of Attorney for Debtor(s)

*Robert B. Lynch 17438-49*
Printed Name of Attorney for Debtor(s)

*Lynch & Belch, P.C.*
Firm Name

*7748 Madison Avenue*
Address

*Suite D*

*Indianapolis IN  46227*

*317-888-0006*
Telephone Number

*6/23/2008*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*6/23/2008*
Date

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA

In re: *Clement Louis Sully*
*and*
*Angela Rae Sully*
*fka Angela Rae Robertson*
*fka Angela Rae Schlienz*

Case No.

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not diclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is not filed.)

AMOUNT                                    SOURCE

*Year to date:  22,042.99*              *Miller Pipeline*
*   Last Year:*                         *Miller Pipeline*
*Year before:  53,002*                  *Miller Pipeline*

---

*Year to date:  1,288.73*              *M & B Property Management*
*   Last Year:  8,171.27/*             *M & B Property Management/*
*3,991.16*                              *Elja Management Corp*
*Year before:  9,442.24/*              *Elja Management Corp/*
*388.13*                               *DI-King*

## 2. Income other than from employment or operation of business

None ☐    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                          SOURCE

**Year to date:**                    **931.67/mo child support**
    **Last Year:**
**Year before:**

## 3. Payments to creditors

None ☒    Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒    b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒    c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Allied Collection Service Inc v. Sully** **41D02-0612-SC-1077** | **unpaid debt** | **Johnson County** | **1,349.79 judgment** |

None ☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Name: Allied Collection Service Inc** | | **Description:  garnishment** **Value:** |

Statement of Affairs - Page 2

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*Address: PO Box 670*
*Columbus, IN 47202*

---

#### 5. Repossessions, foreclosures and returns

None ☒  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

#### 6. Assignments and receiverships

None ☒  a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

#### 7. Gifts

None ☒  List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

#### 8. Losses

None ☒  List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

#### 9. Payments related to debt counseling or bankruptcy

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Lynch & Belch, P.C.* *Address:* *7748 Madison Avenue* *Suite D* *Indianapolis, IN 46227* | *Date of Payment:  6/11/08* *Payor: Clement Louis Sully* | *$250.00* |

---

#### 10. Other transfers

None ☒  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒ b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

## 11. Closed financial accounts

None ☒ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None ☒ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None ☒ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None ☒ List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None ☒ If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

## 16. Spouses and Former Spouses

None ☒ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

None ☒ For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

Statement of Affairs - Page 4

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None
☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

### 18. Nature, location and name of business

None
☒

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses       in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses       in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

---

None
☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date   **6/23/2008**          Signature   **/s/ Clement Louis Sully**
                             of Debtor


Date   **6/23/2008**          Signature   **/s/ Angela Rae Sully**
                             of Joint Debtor
                             (if any)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA

In re  *Clement Louis Sully and Angela Rae Sully*

Case No.

Chapter    **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $       138,500.00 | | |
| B-Personal Property | *Yes* | *4* | $        16,606.00 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *2* | | $       122,733.20 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *1* | | $            0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *11* | | $        32,569.98 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $         4,237.48 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $         4,241.00 |
| TOTAL | | 24 | $       155,106.00 | $       155,303.18 | |

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA

In re *Clement Louis Sully and Angela Rae Sully*        Case No.

Chapter    **7**

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C.  § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| **Domestic Support Obligations (from Schedule E)** | $ *0.00* |
| **Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E)** | $ *0.00* |
| **Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed)** | $ *0.00* |
| **Student Loan Obligations (from Schedule F)** | $ *0.00* |
| **Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E** | $ *0.00* |
| **Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F)** | $ *0.00* |
| **TOTAL** | $ *0.00* |

State the following:

| | |
|---|---|
| **Average Income (from Schedule I, Line 16)** | $ *4,237.48* |
| **Average Expenses (from Schedule J, Line 18)** | $ *4,241.00* |
| **Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20)** | $ *4,418.81* |

State the following:

| | | |
|---|---|---|
| **1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column** | | $ *3,002.47* |
| **2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column** | $ *0.00* | |
| **3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column** | | $ *0.00* |
| **4. Total from Schedule F** | | $ *32,569.98* |
| **5. Total of non-priority unsecured debt (sum of 1, 3, and 4)** | | $ *35,572.45* |

In re *Clement Louis Sully and Angela Rae Sully* _____     Case No. _____
Debtor                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___25___ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: *6/23/2008* _____     Signature */s/ Clement Louis Sully* _____
                                                *Clement Louis Sully*

Date: *6/23/2008* _____     Signature */s/ Angela Rae Sully* _____
                                                *Angela Rae Sully*

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**FORM B6A (Official Form 6A) (12/07)**

In re _Clement Louis Sully and Angela Rae Sully_ _____ ,   Case No. _____
    Debtor(s)    (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _Marital residence_<br>_10 Spring Lake Dr_<br>_Trafalgar, IN  46181_<br>_purchased 6/07 for 126,000_<br>_4 br 2 bath ranch; value per appraisal_<br>_dated 6/7_ | _Tenancy by Entireties_ | _J_ | _$ 138,500.00_ | _$ 112,720.73_ |
| No continuation sheets attached | | **TOTAL $**<br>(Report also on Summary of Schedules.) | _138,500.00_ | |

In re _Clement Louis Sully and Angela Rae Sully_____,   Case No. _____
                Debtor(s)                                                      (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1.  Cash on hand. | | _Cash on hand_ _Location: In debtor's possession_ | | J | $ 20.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | _Checking account_ _Location: Main Source_ | | J | $ 0.00 |
| | | _Checking account_ _Location: Fifth Third_ | | J | $ 0.00 |
| | | _Savings account_ _Location: Main Source_ | | J | $ 26.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | _Security deposit_ _Location: REMC_ | | J | $ 200.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | _Household goods_ _Location: In debtor's possession_ | | J | $ 5,370.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | _Books, pictures, CD's_ _Location: In debtor's possession_ | | J | $ 210.00 |
| 6.  Wearing apparel. | | _Clothes_ _Location: In debtor's possession_ | | J | $ 600.00 |
| 7.  Furs and jewelry. | | _Jewelry_ _Location: In debtor's possession_ | | J | $ 500.00 |

In re _Clement Louis Sully and Angela Rae Sully_ ,      Case No. _____
                          Debtor(s)                                                                      (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value<br>of Debtor's Interest,<br>in Property Without<br>Deducting any<br>Secured Claim or<br>Exemption |
|---|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | | _Firearms_<br>_Location: In debtor's possession_ | | J | $ 600.00 |
| | | _Photography equipment_<br>_Location: In debtor's possession_ | | J | $ 250.00 |
| | | _Sports equipment_<br>_Location: In debtor's possession_ | | J | $ 340.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | | |
| 16. Accounts Receivable. | X | | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | _Child support $430/biweekly_<br>_Location: In debtor's possession_ | | W | $ 430.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | _Potential inheritance: Debtor has a potential_<br>_inheritance of 1/15 of tribal ranch land in_<br>_South Dakota.  Debtor does not believe it_ | | J | $ 0.00 |

In re _Clement Louis Sully and Angela Rae Sully_____,   Case No. _____
                              Debtor(s)                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | would have any actual cash value. Location: In debtor's possession | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | 1999 Plymouth Grand Voyager: 143,000 miles; value per Kelley Blue Book Location: In debtor's possession | J | $ 2,950.00 |
| | | 2000 Chevrolet S10 truck: 100,000 miles; value per Kelley Blue Book Location: In debtor's possession | J | $ 3,610.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Page ___3___ of ___4___

B6B (Official Form 6B) (12/07)

In re __Clement Louis Sully and Angela Rae Sully_____ ,    Case No. _____
                          Debtor(s)                                                       (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | *storage shed* <br> *Location: In debtor's possession* | J | $ 1,500.00 |

Page __4__ of __4__

                                                        **Total** ➡    $ 16,606.00

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (12/07)

In re *Clement Louis Sully and Angela Rae Sully*          ,          Case No. _____
                                    Debtor(s)                                                    (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $136,875.

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *Marital residence* | *I.C.A. §34-55-10-2(c)(1)* | *$ 25,779.27* | *$ 138,500.00* |
| *Cash on hand* | *I.C.A. §34-55-10-2(c)(3)* | *$ 20.00* | *$ 20.00* |
| *Checking account* | *I.C.A. §34-55-10-2(c)(3)* | *$ 0.00* | *$ 0.00* |
| *Checking account* | *I.C.A. §34-55-10-2(c)(3)* | *$ 0.00* | *$ 0.00* |
| *Savings account* | *I.C.A. §34-55-10-2(c)(3)* | *$ 26.00* | *$ 26.00* |
| *Security deposit* | *I.C.A. §34-55-10-2(c)(2)* | *$ 200.00* | *$ 200.00* |
| *Household goods* | *I.C.A. §34-55-10-2(c)(2)* | *$ 5,370.00* | *$ 5,370.00* |
| *Books, pictures, CD's* | *I.C.A. §34-55-10-2(c)(2)* | *$ 210.00* | *$ 210.00* |
| *Clothes* | *I.C.A. §34-55-10-2(c)(2)* | *$ 600.00* | *$ 600.00* |
| *Jewelry* | *I.C.A. §34-55-10-2(c)(2)* | *$ 500.00* | *$ 500.00* |
| *Firearms* | *I.C.A. §34-55-10-2(c)(2)* | *$ 600.00* | *$ 600.00* |
| *Photography equipment* | *I.C.A. §34-55-10-2(c)(2)* | *$ 250.00* | *$ 250.00* |
| *Sports equipment* | *I.C.A. §34-55-10-2(c)(2)* | *$ 340.00* | *$ 340.00* |
| *Child support* | *I.C.A. §34-55-10-2(c)(2)* | *$ 0.00* | *$ 430.00* |
| *1999 Plymouth Grand Voyager* | *I.C.A. §34-55-10-2(c)(2)* | *$ 2,950.00* | *$ 2,950.00* |
| *2000 Chevrolet S10 truck* | *I.C.A. §34-55-10-2(c)(2)* | *$ 3,610.00* | *$ 3,610.00* |

B6D (Official Form 6D) (12/07)

In re _Clement Louis Sully and Angela Rae Sully_ ,                     Case No._____
                        **Debtor(s)**                                                              **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account No: *2376*<br>*Creditor # : 1*<br>*American General Auto Finance*<br>*PO Box 790368*<br>*Saint Louis MO 63179* | *W* | *1/6*<br><br>*Chevrolet S10 truck*<br><br>Value: *$ 3,610.00* | | | | | *$ 6,032.47* | *$ 2,422.47* |
| Account No: *9256*<br>*Creditor # : 2*<br>*CNAC*<br>*1703 US 31 South*<br>*Greenwood IN 46143* | *J* | *2006*<br><br>*1999 Plymouth Grand Voyager*<br><br>Value: *$ 2,950.00* | | | | | *$ 1,900.00* | *$ 0.00* |
| Account No: *3889*<br>*Creditor # : 3*<br>*Countrywide*<br>*PO Box 660694*<br>*Dallas TX 75266* | *J* | *2007*<br>*Mortgage*<br>*Marital residence*<br><br>Value: *$ 138,500.00* | | | | | *$ 96,668.97* | *$ 0.00* |

_1_  continuation sheets attached

Subtotal $ (Total of this page) — *$ 104,601.44* — *$ 2,422.47*

Total $ (Use only on last page)

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)    - Cont.

In re _Clement Louis Sully and Angela Rae Sully_____,        Case No._____
                          **Debtor(s)**                                                    **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *1186* *Creditor # : 4* *Graceland Rentals* *PO Box 665* *Cunningham KY 42035* | *J* | *8/06* *storage shed* Value: *$ 1,500.00* | | | | *$ 2,080.00* | *$ 580.00* |
| Account No: *Creditor # : 5* *Oakleaf Homes Inc* *202 N Madison Ave* *Greenwood IN 46142* | *J* | *2007* *2d mortgage* *Marital residence* Value: *$ 138,500.00* | | | | *$ 16,051.76* | *$ 0.00* |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors
Holding Secured Claims

| | | |
|---|---|---|
| Subtotal $ (Total of this page) | *$ 18,131.76* | *$ 580.00* |
| Total $ (Use only on last page) | *$ 122,733.20* | *$ 3,002.47* |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (12/07)

In re _Clement Louis Sully and Angela Rae Sully_____,        Case No._____
                          **Debtor(s)**                                                                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**        (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**No continuation sheets attached**

B6F (Official Form 6F) (12/07)

In re _Clement Louis Sully and Angela Rae Sully_ ,            Case No. _____
                    **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    7873<br>*Creditor # : 1*<br>*Advanced Orthopro Inc*<br>*c/o GLA Collection*<br>*PO Box 991199*<br>*Louisville KY 40269* | | H | *06*<br>*Medical Bills* | | | | $ 73.00 |
| Account No:    1077<br>*Creditor # : 2*<br>*Allied Collection Service Inc*<br>*PO Box 670*<br>*Columbus IN 47202* | | J | *06*<br>*Judgment-medical bills* | | | | $ 1,349.79 |
| Account No:    2510<br>*Creditor # : 3*<br>*Allied Collections*<br>*725 Washington St*<br>*Columbus IN 47202* | | J | *2006-7*<br>*Medical Bills* | | | | $ 1,558.76 |
| Account No:    7401<br>*Creditor # : 4*<br>*Applied Bank*<br>*PO Box 17120*<br>*Wilmington DE 19886* | | W | *2006-7*<br>*Credit Card Purchases* | | | | $ 1,429.91 |

_10_ continuation sheets attached

| | |
|---|---|
| Subtotal $ | $ 4,411.46 |
| Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Clement Louis Sully and Angela Rae Sully_____,          Case No._____
           **Debtor(s)**                                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   8737<br><br>Creditor # : 5<br>Aspen<br>PO Box 11801<br>Newark NJ 07101 | | W | 2007<br>Credit Card Purchases | | | | $ 645.42 |
| Account No:   5803<br><br>Creditor # : 6<br>Capital One Bank<br>c/o Portfolio Recovery Assoc<br>PO Box 12914<br>Norfolk VA 23541 | | W | 2006-7<br>Credit Card Purchases | | | | $ 1,798.16 |
| Account No:   9253<br><br>Creditor # : 7<br>Capitol Neurology/Clarian Heal<br>c/o IMC<br>PO Box 20636<br>Indianapolis IN 46220 | | W | 07<br>Medical Bills | | | | $ 43.02 |
| Account No:   9500<br><br>Creditor # : 8<br>Clarian Health Partners<br>c/o IMC Credit Services<br>PO Box 20636<br>Indianapolis IN 46220 | | H | 2/16/07<br>Medical Bills | | | | $ 4,127.75 |
| Account No:   1143<br><br>Creditor # : 9<br>Credit One Bank<br>PO Box 60500<br>City of Industry CA 91716 | | W | Credit Card Purchases | | | | $ 515.54 |
| Account No:   3976<br><br>Creditor # : 10<br>Credit One Bank<br>PO Box 60500<br>City of Industry CA 91716 | | H | 2006-7<br>Credit Card Purchases | | | | $ 1,059.51 |

Sheet No. _1_ of _10_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 8,189.40

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Clement Louis Sully and Angela Rae Sully_ ,    Case No. _____

Debtor(s)    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   4838 <br> Creditor # : 11 <br> Cytology Pathology Services <br> c/o Atlas Collections <br> PO Box 44 <br> Muncie IN 47308 | | W | 07 <br> Medical Bills | | | | $ 97.00 |
| Account No:   5959 <br> Creditor # : 12 <br> Dermatopathology Lab <br> c/o Central Collection Bureau <br> PO Box 17400 <br> Indianapolis IN 46217 | | J | 07 <br> Medical Bills | | | | $ 116.97 |
| Account No:   3930 <br> Creditor # : 13 <br> Embarq <br> PO Box 96064 <br> Charlotte NC 28296 | | H | 3/08 <br> Utility Bills | | | | $ 186.55 |
| Account No:   2426 <br> Creditor # : 14 <br> Emerg Med Grp Johnson <br> 2449 Reliable Pkwy <br> Chicago IL 60686 | | W | 07 <br> Medical Bills | | | | $ 34.95 |
| Account No:   2426 <br> Creditor # : 15 <br> Emerg Med Grp Johnson <br> 2449 Reliable Pkwy <br> Chicago IL 60686 | | W | 3/16/07 <br> Medical Bills | | | | $ 214.00 |
| Account No:   1794 <br> Creditor # : 16 <br> Emergency Med Grp Johnson Co <br> c/o Allied Collection <br> PO Box 670 <br> Columbus IN 47202 | | W | 07 <br> Medical Bills | | | | $ 34.95 |

Sheet No.   2   of   10   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 684.42

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Clement Louis Sully and Angela Rae Sully_ ,   Case No. _____

**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 4482<br><br>Creditor # : 17<br>Fifth Third Bank/Optimum<br>PO Box 5222<br>Carol Stream IL 60197 | | H | 2007<br>Credit Card Purchases | | | | $ 546.97 |
| Account No: 9833<br><br>Creditor # : 18<br>Figi's<br>c/o Pinnacle Financial Group<br>7825 Washington Ave S #310<br>Minneapolis MN 55439 | | W | 2007<br>Credit Card Purchases | | | | $ 85.45 |
| Account No: 0703<br><br>Creditor # : 19<br>First National Legacy<br>PO Box 2677<br>Omaha NE 68103 | | W | 2006-7<br>Credit Card Purchases | | | | $ 409.54 |
| Account No: 3540<br><br>Creditor # : 20<br>First Premier Bank<br>PO Box 5524<br>Sioux Falls SD 57117 | | W | 2007<br>Credit Card Purchases | | | | $ 491.24 |
| Account No: 7515<br><br>Creditor # : 21<br>First Savings Credit Card<br>PO Box 2957<br>Omaha NE 68103 | | W | 2007<br>Credit Card Purchases | | | | $ 442.47 |
| Account No: 4238<br><br>Creditor # : 22<br>Franklin Dermatology<br>c/o Credit Bureau of Shelby Co<br>PO Box 432<br>Shelbyville IN 46176 | | H | 07<br>Medical Bills | | | | $ 102.14 |

Sheet No. _3_ of _10_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 2,077.81

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Clement Louis Sully and Angela Rae Sully_____ ,   Case No. _____
                                   **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   6845<br>Creditor # : 23<br>HSBC Bank<br>c/o CCB Credit Services<br>PO Box 272<br>Springfield IL 62705 | H | 2007<br>Credit Card Purchases | | | | $ 520.67 |
| Account No:   8831<br>Creditor # : 24<br>HSBC Card Services<br>PO Box 5222<br>Carol Stream IL 60197 | W | 2007<br>Credit Card Purchases | | | | $ 790.80 |
| Account No:   9745<br>Creditor # : 25<br>HSBC Card Services<br>c/o Arrow Financial Services<br>21031 Network Place<br>Chicago IL 60678 | H | 2007<br>Credit Card Purchases | | | | $ 1,831.84 |
| Account No:   9253<br>Creditor # : 26<br>Indiana Radiology Partners<br>9432 Reliable Pkwy<br>Chicago IL 60686 | W | 2/23/07<br>Medical Bills | | | | $ 36.00 |
| Account No:   4803<br>Creditor # : 27<br>Indiana Radiology Partners<br>9432 Reliable Pkwy<br>Chicago IL 60686 | W | 4/9/08<br>Medical Bills | | | | $ 85.00 |
| Account No:   9253<br>Creditor # : 28<br>Indiana Radiology Partners<br>9432 Reliable Pkwy<br>Chicago IL 60686 | W | 2/10/07<br>Medical Bills | | | | $ 43.42 |

Sheet No.   4   of   10   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 3,307.73

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Clement Louis Sully and Angela Rae Sully_ ,   Case No. _____
　　　　　　　　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  4803<br>Creditor # : 29<br>Indiana Radiology Partners<br>c/o IMC Credit Services<br>PO Box 20636<br>Indianapolis IN 46220 | | W | 3/16/07<br>Medical Bills | | | | $ 18.80 |
| Account No:  4803<br>Creditor # : 30<br>Indiana Radiology Partners<br>9432 Reliable Pkwy<br>Chicago IL 60686 | | W | 4/9/08<br>Medical Bills | | | | $ 85.00 |
| Account No:  5280<br>Creditor # : 31<br>Indianapolis Neurosurgical Gro<br>PO Box 663611<br>Indianapolis IN 46266 | | W | 9/07<br>Medical Bills | | | | $ 282.79 |
| Account No:  7629<br>Creditor # : 32<br>IU School of Dentistry<br>c/o National Enterprise System<br>29125 Solon Rd<br>Solon OH 44139 | | H | 06<br>Dental bills | | | | $ 809.25 |
| Account No:  7634<br>Creditor # : 33<br>IU School of Dentistry<br>c/o National Enterprise System<br>29125 Solon Rd<br>Solon OH 44139 | | H | 06<br>Dental bills | | | | $ 520.00 |
| Account No:  ULBE<br>Creditor # : 34<br>Johnson Co Anesthesia<br>PO Box 41<br>Muncie IN 47308 | | W | 3/07<br>Medical Bills | | | | $ 60.00 |

Sheet No.  5  of  10  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $　$ 1,775.84

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)    - Cont.

In re _Clement Louis Sully and Angela Rae Sully_____ ,    Case No. _____
            **Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    7966 <br> Creditor # : 35 <br> Johnson Memorial Hospital <br> PO Box 669 <br> Franklin IN 46131 | | W | 3/26/08 <br> Medical Bills | | | | $ 40.87 |
| Account No:    8417 <br> Creditor # : 36 <br> Johnson Memorial Hospital <br> c/o Allied Collection <br> PO Box 670 <br> Columbus IN 47202 | | W | 07 <br> Medical Bills | | | | $ 433.15 |
| Account No:    1168 <br> Creditor # : 37 <br> Johnson Memorial Hospital <br> c/o Allied Collection <br> PO Box 670 <br> Columbus IN 47202 | | W | 07 <br> Medical Bills | | | | $ 265.15 |
| Account No:    8417 <br> Creditor # : 38 <br> Johnson Memorial Hospital <br> c/o Allied Collection <br> PO Box 670 <br> Columbus IN 47202 | | W | 06 <br> Medical Bills | | | | $ 163.55 |
| Account No:    7454 <br> Creditor # : 39 <br> Johnson Memorial Hospital <br> c/o Allied Collection <br> PO Box 670 <br> Columbus IN 47202 | | W | 07 <br> Medical Bills | | | | $ 269.60 |
| Account No:    1350 <br> Creditor # : 40 <br> Johnson Memorial Hospital <br> c/o Allied Collection <br> PO Box 670 <br> Columbus IN 47202 | | H | 06 <br> Medical Bills | | | | $ 718.33 |

Sheet No.    6   of    10   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 1,890.65

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)    - Cont.

In re _Clement Louis Sully and Angela Rae Sully_____ ,        Case No. _____
                    **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    3582<br><br>Creditor # : 41<br>Johnson Memorial Hospital<br>PO Box 669<br>Franklin IN 46131 | | W | 3/16/07<br>Medical Bills | | | | $ 1,473.63 |
| Account No:    4058<br><br>Creditor # : 42<br>Johnson Memorial Hospital<br>PO Box 669<br>Franklin IN 46131 | | W | 1/21/08<br>Medical Bills | | | | $ 174.00 |
| Account No:    7918<br><br>Creditor # : 43<br>Johnson Memorial Hospital<br>c/o Senex Services<br>1574 Momentum Pl<br>Chicago IL 60689 | | W | 07<br>Medical Bills | | | | $ 1,755.24 |
| Account No:    5635<br><br>Creditor # : 44<br>Johnson Memorial Hospital<br>c/o Senex Services<br>1574 Momentum Pl<br>Chicago IL 60689 | | W | 07<br>Medical Bills | | | | $ 1,755.24 |
| Account No:    6370<br><br>Creditor # : 45<br>Mid America Clinical Labs<br>c/o AMCA<br>PO Box 1235<br>Elmsford NY 10523 | | H | 3/07<br>Medical Bills | | | | $ 184.00 |
| Account No:    7481<br><br>Creditor # : 46<br>Midland Credit Management<br>c/o CBCS<br>PO Box 163250<br>Columbus OH 43216 | | W | 07<br>Medical Bills | | | | $ 266.12 |

Sheet No.    7  of    10 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 5,608.23

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _Clement Louis Sully and Angela Rae Sully_ , Case No. _____
_____
**Debtor(s)** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 5418<br><br>Creditor # : 47<br>Midnight Velvet<br>c/o Allen M Rosenthal<br>550 W Old Country Rd #201<br>Hicksville NY 11801 | W | 2007<br>Credit Card Purchases | | | | | $ 326.74 |
| Account No: 7712<br><br>Creditor # : 48<br>Orchard Bank/HSBC Card Service<br>PO Box 5222<br>Carol Stream IL 60197 | W | 2006-7<br>Credit Card Purchases | | | | | $ 536.13 |
| Account No: 1375<br><br>Creditor # : 49<br>Otolaryngology Assoc<br>PO Box 716027<br>Cincinnati OH 45271 | W | 3/2/07<br>Medical Bills | | | | | $ 187.29 |
| Account No: 9100<br><br>Creditor # : 50<br>Rehabilitation Hosp of Indiana<br>1854 Reliable Pkwy<br>Chicago IL 60686 | H | 07<br>Medical Bills | | | | | $ 116.19 |
| Account No: 9100<br><br>Creditor # : 51<br>Rehabilitation Hosp of Indiana<br>1854 Reliable Pkwy<br>Chicago IL 60686 | H | 10/07<br>Medical Bills | | | | | $ 890.00 |
| Account No: 1765<br><br>Creditor # : 52<br>Richmond Radiologists<br>c/o Finance System of Richmond<br>PO Box 786<br>Richmond IN 47374 | H | 07<br>Medical Bills | | | | | $ 91.46 |

Sheet No. _8_ of _10_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 2,147.81

Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)    - Cont.

In re _Clement Louis Sully and Angela Rae Sully_ ,    Case No. _____

**Debtor(s)**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   1450 <br> Creditor # : 53 <br> Rural Metro of Indiana <br> Dept 8157 <br> Carol Stream IL 60122 | | W | 1/31/06 <br> Medical Bills | | | | $ 646.40 |
| Account No:   0964 <br> Creditor # : 54 <br> St Francis Psychiatric Assoc <br> PO Box 664049 <br> Indianapolis IN 46266 | | H | 6/18/07 <br> Medical Bills | | | | $ 51.70 |
| Account No:   3724 <br> Creditor # : 55 <br> Target National Bank <br> PO Box 59317 <br> Minneapolis MN 55459 | | W | 2007 <br> Credit Card Purchases | | | | $ 757.33 |
| Account No:   977 <br> Creditor # : 56 <br> Trafalgar Family Health Center <br> 14 Trafalgar Sq <br> Trafalgar IN 46181 | | H | 2/14/08 <br> Medical Bills | | | | $ 72.83 |
| Account No:   8448 <br> Creditor # : 57 <br> Trafalgar Family Health Center <br> 14 Trafalgar Sq <br> Trafalgar IN 46181 | | H | 1/7/08 <br> Medical Bills | | | | $ 56.37 |
| Account No:   3323 <br> Creditor # : 58 <br> Trafalgar Family Health Center <br> 14 Trafalgar Sq <br> Trafalgar IN 46181 | | H | 1/08 <br> Medical Bills | | | | $ 136.00 |

Sheet No.   9   of   10   continuation sheets attached to Schedule of    Subtotal $    $ 1,720.63
Creditors Holding Unsecured Nonpriority Claims    Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Clement Louis Sully and Angela Rae Sully_ ,          Case No. _____
                    **Debtor(s)**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  *6259* *Creditor # : 59* *University Pediatric Assoc* *PO Box 1026* *Indianapolis IN 46206* | | *H* | *9/7/07* *Medical Bills* | | | | *$ 756.00* |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No.  _10_  of  _10_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | *$ 756.00* |
|---|---|---|
| (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | **Total $** | *$ 32,569.98* |

B6G (Official Form 6G) (12/07)

In re _Clement Louis Sully and Angela Rae Sully_ _____ / Debtor      Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
|  |  |

Page ___1___ of ___1___

B6H (Official Form 6H) (12/07)

In re *Clement Louis Sully and Angela Rae Sully* _____ / Debtor      Case No. _____
                                                                                    (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

Page __1__ of __1__

B6I (Official Form 6I) (12/07)

**In re** *Clement Louis Sully and Angela Rae Sully* _____ ,     **Case No.** _____
          **Debtor(s)**                                                                        **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| *Married* | RELATIONSHIP(S): | AGE(S): |
| | *daughter* | *19* |
| | *daughter* | *17* |
| | *daughter* | *14* |
| | *son* | *12* |
| | *daughter* | *4* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Pipeline* | *Server* |
| Name of Employer | *Miller Pipeline* | *Artist Colony Inn* |
| How Long Employed | *4 yrs* | *4 yrs* |
| Address of Employer | *8550 Crawfordsville Rd* | *Nashville IN  47448* |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | *2,838.81* | $ | *328.49* |
| 2. Estimate monthly overtime | $ | *1,161.16* | $ | *0.00* |
| 3. SUBTOTAL | $ | *3,999.97* | $ | *328.49* |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | *586.78* | $ | *239.26* |
| b. Insurance | $ | *43.33* | $ | *0.00* |
| c. Union dues | $ | *50.05* | $ | *0.00* |
| d. Other (Specify):  *Lbr Asmt* | $ | *0.00* | $ | *0.00* |
| | $ | *103.22* | $ | *0.00* |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | *783.38* | $ | *239.26* |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | *3,216.59* | $ | *89.22* |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | *0.00* | $ | *0.00* |
| 8. Income from real property | $ | *0.00* | $ | *0.00* |
| 9. Interest and dividends | $ | *0.00* | $ | *0.00* |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | *0.00* | $ | *931.67* |
| 11. Social security or government assistance (Specify): | | | | |
| 12. Pension or retirement income | $ | *0.00* | $ | *0.00* |
| 13. Other monthly income (Specify): | $ | *0.00* | $ | *0.00* |
| | $ | *0.00* | $ | *0.00* |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | *0.00* | $ | *931.67* |
| 15. AVERAGE MONTHLY INCOME   (Add amounts shown on lines 6 and 14) | $ | *3,216.59* | $ | *1,020.89* |
| 16. COMBINED AVERAGE MONTHLY INCOME:   (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | | $ | *4,237.48* | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re _Clement Louis Sully and Angela Rae Sully_ _____ ,   Case No. _____
                                    **Debtor(s)**                                                           (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $   1,216.00 |
|    a. Are real estate taxes included?   Yes ☒   No ☐ | |
|    b. Is property insurance included?   Yes ☒   No ☐ | |
| 2. Utilities: a. Electricity and heating fuel | $   285.00 |
|    b. Water and sewer | $   55.00 |
|    c. Telephone | $   85.00 |
|    d. Other   _Trash_ | $   40.00 |
|    Other   _Cable_ | $   55.00 |
|    Other | $   0.00 |
| 3. Home maintenance (repairs and upkeep) | $   125.00 |
| 4. Food | $   650.00 |
| 5. Clothing | $   125.00 |
| 6. Laundry and dry cleaning | $   65.00 |
| 7. Medical and dental expenses | $   100.00 |
| 8. Transportation (not including car payments) | $   365.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $   65.00 |
| 10. Charitable contributions | $   0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $   0.00 |
|    b. Life | $   0.00 |
|    c. Health | $   0.00 |
|    d. Auto | $   120.00 |
|    e. Other | $   0.00 |
|    Other | $   0.00 |
|    Other | $   0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | |
| (Specify) | $   0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $   360.00 |
|    b. Other:   _99 Plymouth Grand Voyager_ | $   300.00 |
|    c. Other:   _Graceland Rentals (shed)_ | $   140.00 |
|    d. Other: | $   0.00 |
| 14. Alimony, maintenance, and support paid to others | $   0.00 |
| 15. Payments for support of additional dependents not living at your home | $   0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $   0.00 |
| 17. Other:   _Misc. (stamps, haircuts)_ | $   55.00 |
|    Other:   _License plates_ | $   35.00 |
|    Other: | $   0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $   4,241.00 |
|    and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
|    a. Average monthly income from Line 16 of Schedule I | $   4,237.48 |
|    b. Average monthly expenses from Line 18 above | $   4,241.00 |
|    c. Monthly net income (a. minus b.) | $   (3.52) |

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA

In re *Clement Louis Sully and Angela Rae Sully*                    Case No.
                                                                   Chapter   **7**

_____ / Debtor

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - HUSBAND'S DEBTS

☒  I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☒  I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☒  I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| *None* | | | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| | | |

## Signature of Debtor(s)

Date:  *6/23/2008*                    Debtor: */s/ Clement Louis Sully* _____

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA

In re *Clement Louis Sully and Angela Rae Sully*

Case No.
Chapter **7**

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - WIFE'S DEBTS

☒ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☒ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☒ I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| *2000 Chevrolet S10 truck* | *American General Auto Finance* | | *X* | | *X* |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| | | |

### Signature of Debtor(s)

Date: *6/23/2008*

Debtor: */s/ Angela Rae Sully*

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA

In re *Clement Louis Sully and Angela Rae Sully*

Case No.

Chapter  **7**

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - JOINT DEBTS

☒  I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☒  I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☒  I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| *1999 Plymouth Grand Voyager* | *CNAC* | | *X* | | *X* |
| *Marital residence* | *Countrywide* | | *X* | | *X* |
| *"* | *Oakleaf Homes Inc* | *X* | | | *X* |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) | |
|---|---|---|---|
| | | | |

### Signature of Debtor(s)

Date:  *6/23/2008* _____

Debtor: */s/ Clement Louis Sully* _____

Date:  *6/23/2008* _____

Joint Debtor: */s/ Angela Rae Sully* _____

Form B 201 (11/03)

# UNITED STATES BANKRUPTCY COURT
# NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

## Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankuptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can expain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankuptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under the plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

| | | |
|---|---|---|
| *6/23/2008* | */s/Clement Louis Sully* | |
| Date | Signature of Debtor | Case Number |
| *6/23/2008* | */s/Angela Rae Sully* | |
| Date | Signature of Joint Debtor | |

DEBTOR COPY        COURT COPY
(circle one)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA

In re    *Clement Louis Sully*
       *and*
   *Angela Rae Sully*
   *fka Angela Rae Robertson*
   *fka Angela Rae Schlienz*

Case No.
Chapter   **7**

_____ / Debtor

Attorney for Debtor:   **Robert B. Lynch**

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *250.00*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____ *250.00*
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *0.00*

3. $_____ *299.00* of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   *Debtors have retained attorneys to perform legal services through the filing of the petition. However, debtor(s) anticipate retaining and paying an additional $450.00 to LYNCH & BELCH, P.C. for services performed after the date of filing. The fees paid thus far under paragraph 2 of above do not include representation of the debtor(s) at the 341 Meeting of Creditors.*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   *None*

Dated:   *6/23/2008*                    Respectfully submitted,


                              X */s/ Robert B. Lynch*
          Attorney for Petitioner: *Robert B. Lynch*
                              *Lynch & Belch, P.C.*
                              *7748 Madison Avenue*
                              *Suite D*
                              *Indianapolis IN  46227*

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA

In re *Clement Louis Sully*
    *and*
    *Angela Rae Sully*
    *fka Angela Rae Robertson*
    *fka Angela Rae Schlienz*

Case No.

Chapter  **7**

_____ / Debtor

Attorney for Debtor:  **Robert B. Lynch**

## **<u>VERIFICATION OF CREDITOR MATRIX</u>**

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: _____

*/s/ Clement Louis Sully*
_____
Debtor

*/s/ Angela Rae Sully*
_____
Joint Debtor

Advanced Orthopro Inc
c/o GLA Collection
PO Box 991199
Louisville, KY  40269

Countrywide
PO Box 660694
Dallas, TX  75266

First Premier Bank
PO Box 5524
Sioux Falls, SD  57117

Allied Collection Service Inc
PO Box 670
Columbus, IN  47202

Credit One Bank
PO Box 60500
City of Industry, CA  91716

First Savings Credit Card
PO Box 2957
Omaha, NE  68103

Allied Collections
725 Washington St
Columbus, IN  47202

Cytology Pathology Services
c/o Atlas Collections
PO Box 44
Muncie, IN  47308

Franklin Dermatology
c/o Credit Bureau of Shelby Co
PO Box 432
Shelbyville, IN  46176

American General Auto Finance
PO Box 790368
Saint Louis, MO  63179

Dermatopathology Lab
c/o Central Collection Bureau
PO Box 17400
Indianapolis, IN  46217

Graceland Rentals
PO Box 665
Cunningham, KY  42035

Applied Bank
PO Box 17120
Wilmington, DE  19886

Embarq
PO Box 96064
Charlotte, NC  28296

HSBC Bank
c/o CCB Credit Services
PO Box 272
Springfield, IL  62705

Aspen
PO Box 11801
Newark, NJ  07101

Emerg Med Grp Johnson
2449 Reliable Pkwy
Chicago, IL  60686

HSBC Card Services
PO Box 5222
Carol Stream, IL  60197

Capital One Bank
c/o Portfolio Recovery Assoc
PO Box 12914
Norfolk, VA  23541

Emergency Med Grp Johnson Co
c/o Allied Collection
PO Box 670
Columbus, IN  47202

HSBC Card Services
c/o Arrow Financial Services
21031 Network Place
Chicago, IL  60678

Capitol Neurology/Clarian Heal
c/o IMC
PO Box 20636
Indianapolis, IN  46220

Fifth Third Bank/Optimum
PO Box 5222
Carol Stream, IL  60197

Indiana Radiology Partners
c/o IMC Credit Services
PO Box 20636
Indianapolis, IN  46220

Clarian Health Partners
c/o IMC Credit Services
PO Box 20636
Indianapolis, IN  46220

Figi's
c/o Pinnacle Financial Group
7825 Washington Ave S #310
Minneapolis, MN  55439

Indiana Radiology Partners
9432 Reliable Pkwy
Chicago, IL  60686

CNAC
1703 US 31 South
Greenwood, IN  46143

First National Legacy
PO Box 2677
Omaha, NE  68103

Indianapolis Neurosurgical Gro
PO Box 663611
Indianapolis, IN  46266

IU School of Dentistry
c/o National Enterprise System
29125 Solon Rd
Solon, OH  44139

Otolaryngology Assoc
PO Box 716027
Cincinnati, OH  45271

Johnson Co Anesthesia
PO Box 41
Muncie, IN  47308

Rehabilitation Hosp of Indiana
1854 Reliable Pkwy
Chicago, IL  60686

Johnson Memorial Hospital
c/o Allied Collection
PO Box 670
Columbus, IN  47202

Richmond Radiologists
c/o Finance System of Richmond
PO Box 786
Richmond, IN  47374

Johnson Memorial Hospital
c/o Senex Services
1574 Momentum Pl
Chicago, IL  60689

Rural Metro of Indiana
Dept 8157
Carol Stream, IL  60122

Johnson Memorial Hospital
PO Box 669
Franklin, IN  46131

St Francis Psychiatric Assoc
PO Box 664049
Indianapolis, IN  46266

Mid America Clinical Labs
c/o AMCA
PO Box 1235
Elmsford, NY  10523

Target National Bank
PO Box 59317
Minneapolis, MN  55459

Midland Credit Management
c/o CBCS
PO Box 163250
Columbus, OH  43216

Trafalgar Family Health Center
14 Trafalgar Sq
Trafalgar, IN  46181

Midnight Velvet
c/o Allen M Rosenthal
550 W Old Country Rd #201
Hicksville, NY  11801

University Pediatric Assoc
PO Box 1026
Indianapolis, IN  46206

Oakleaf Homes Inc
202 N Madison Ave
Greenwood, IN  46142

Orchard Bank/HSBC Card Service
PO Box 5222
Carol Stream, IL  60197